UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| UNITED STATES, | : | CASE NO. 1:14-cr-00185 |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 261] |
| v. | : | |
| KENNETH A. WHITE, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant Kenneth A. White moves for resentencing under the "Equal Act" and for appointment of counsel.[1] The government opposes White's request.[2]

On April 6, 2015, this Court sentenced Defendant White to a total of 155 months of incarceration and three years of supervised release.[3] On June 8, 2021, this Court denied Defendant White's motion for compassionate release.[4]

Defendant White now asks the Court to resentence him based on "the new law change: . . . the acquitted conduct aspect of the Equal Act."[5] Because White gives no explanation of what the "Equal Act" is, or how it supports his motion for resentencing, the Court **DENIES** Defendant White's motion for resentencing and appointment of counsel.[6]

IT IS SO ORDERED.

Dated: November 17, 2021            s/    James S. Gwin
                                    JAMES S. GWIN
                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. 261.
[2] Doc. 262.
[3] Doc. 127.
[4] Doc. 260.
[5] Doc. 261 at 1.
[6] *United States v. Sandridge*, 385 F.3d 1032, 1035–36 (6th Cir. 2004) ("It is not sufficient for a party to mention a possible argument in the most skeletal way, leaving the court to . . . put flesh on its bones.") (internal citation omitted).