UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | CASE NO. 1:14-cr-00185 |
| Plaintiff, : | ORDER |
| : | [Resolving Docs. 271, 272, 275] |
| v. : |  |
| KENNETH A. WHITE, : |  |
| Defendant. : |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On October 31, 2014, a jury convicted Defendant Kenneth White of conspiracy to make false claims and of false claims.[1] On April 6, 2015, the Court sentenced White and ordered restitution.[2] As to restitution, the Court ordered White to "participate in the Federal Bureau of Prisons Inmate Financial Responsibility Program" (IFRP).[3]

White files three motions. First, White asks the Court to implement a reduced restitution payment. Related, Defendant White requests his co-defendants' restitution payment records.[4] Second, White asks for a sentence reduction under Sentencing Guidelines Amendment 821.[5] And third, the government asks the Court to hold White's sentence reduction motion in abeyance.[6]

---

[1] Doc. 92.
[2] Doc. 127.
[3] *Id.* at 2.
[4] Doc. 272.
[5] Doc. 271.
[6] Doc. 275.

Case No. 1:14-cr-00185
GWIN, J.

1. White's restitution payment plan request is essentially a request that the Court modify the IFRP's terms. The Court does not have the power to do so.[7] The Court therefore **DENIES** White's payment plan motion.

White has also sought information regarding the restitution that his co-defendants have paid. Upon inquiry, the Clerk's Office reports that White's co-defendants have paid $3,923.92 in restitution.

2. White's sentence reduction motion is not ripe. Amendment 821 does not take effect until February 1, 2024.[8] The Court **DENIES** White's sentence reduction motion without prejudice to White's ability to re-raise his sentence reduction motion once Amendment 821 becomes effective.

3. Because the Court denies White's Amendment 821 motion, it also **DENIES** the government's abeyance motion as moot.

IT IS SO ORDERED.

Dated: November 29, 2023          *s/     James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE

---

[7] *United States v. Callan*, 96 F. App'x 299, 300–01 (6th Cir. 2004).
[8] Press Release, U.S. Sentencing Commission, U.S. Sentencing Commission Votes to Allow Retroactive Sentence Reductions and Announces Its Next Set of Policy Priorities (Aug. 24, 2023), https://www.ussc.gov/about/news/press-releases/august-24-2023.