UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:14-cr-00185-1 |
| Plaintiff, | : | ORDER |
| | : | [Resolving Doc. 278] |
| v. | : | |
| KENNETH A. WHITE, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

When the Court sentenced Defendant Kenneth White in this tax fraud case, the Court granted credit for time served.[1]  Defendant White says that the Bureau of Prisons improperly calculated his time served credit.  Proceeding pro se, White asks the Court to order the Bureau to re-calculate White's time served credits.[2]

The Court does not have the general authority to calculate time served credits.[3]  The only way the Court can grant relief related to time served credits is under 28 U.S.C. § 2241.[4]  Therefore, the Court construes White's request as a § 2241 petition.

However, "[§ 2241] jurisdiction lies in only one district: the district of confinement."[5]  Here White is confined at FCI Gilmer in the Northern District of West Virginia.[6]  So, White was required to file his § 2241 petition in the Northern District of West Virginia.

---

[1] Doc. 127 at PageID #: 901.
[2] Doc. 278.
[3] *McClain v. Bureau of Prisons*, 9 F.3d 503, 505 (6th Cir. 1993) (citation omitted).
[4] *Id.*; *see also United States v. Peterman*, 249 F.3d 458, 461 (6th Cir. 2001) (explaining that "§ 2241 is appropriate for claims challenging the execution or manner in which the sentence is served").
[5] *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004).
[6] Doc. 278-1; Federal Bureau of Prisons, *Find an Inmate*, https://www.bop.gov/inmateloc/ (search for BOP Register Number "36473-060") (last visited July 9, 2024); Federal Bureau of Prisons, *FCI Gilmer*, https://www.bop.gov/locations/institutions/gil/ (last visited July 9, 2024).

Case No. 1:14-cr-00185-1
GWIN, J.

The Court **DISMISSES** White's motion, construed as a § 2241 petition, for lack of jurisdiction.

IT IS SO ORDERED.

Dated: July 11, 2024                    *s/      James S. Gwin*
                                        JAMES S. GWIN
                                        UNITED STATES DISTRICT JUDGE